O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
*Attorneys for Plaintiff(s)*
By:   Mark E. Belland, Esquire
      Mark E. Poist, Esquire

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE HEALTH AND WELFARE FUND, et al<br><br>*Plaintiffs,*<br>vs.<br><br>CAPE REGIONAL MEDICAL CENTER, INC.<br>*Defendant(s).* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 14-0383(JBS-AMD)<br><br><br><br><br><br>**ORDER** |

This matter having come before the Court on Plaintiffs' request for Default judgment, it is on this ___22nd___ day of ___April___ 2014;

**ORDERED and ADJUDGED** that Plaintiffs recover of Defendant Cape Regional Medical Center, Inc. the sum of **$4,120.58** which is inclusive of interest, liquidated damages, audit costs, attorney's fees, and case costs as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Jerome B. Simandle          U.S.D.J.